NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-507

RUSSELL W. GUNTER

VERSUS

RANDY MOORE

**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 54742
HONORABLE CHARLES BLAYLOCK ADAMS, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Jimmie C. Peters, Glenn B. Gremillion, and Billy Howard Ezell, Judges.

AFFIRMED.

Charles David Soileau
Soileau & Garcie
730 San Antonio Avenue
Many, LA 71449
(318) 256-0076
Counsel for: Defendant/Appellee
Randy Moore

**Jason Orin Methvin**
**Corkern & Crews**
**P. O. Box 1036**
**Natchitoches, LA 71458**
**(318) 352-2302**
**Counsel for: Defendant/Appellee**
**Randy Moore**

**Joseph Casey Simpson**
**Attorney at Law**
**400 Travis St., Suite 1226**
**Shreveport, LA 71101**
**(318) 221-5231**
**Counsel for: Plaintiff/Appellant**
**Russell W. Gunter**